**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Bky. No. 14-50304

Jonathan Gervais, Chapter 7

Debtor.

---

Hearing Associates, Inc.,

Plaintiff, Adv. No. 14-5017

vs.

Jonathan Gervais,

Defendant.

---

## NOTICE OF APPEAL

---

Defendant Jonathan Gervais appeals from the Bankruptcy Court's March 20, 2015 Order denying in part Defendant's motion for summary judgment and granting partial summary judgment for Plaintiff Hearing Associates, Inc., and Judgment entered on March 20, 2015 ("Judgment") under 28 U.S.C. §158(b) and Bankruptcy Rules 8001, 8002 and 8003.

The parties to the Judgment from which Jonathan Gervais appeals and their counsel are listed below:

*Jonathan Gervais, Appellant*

Andrea M. Hauser
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 South Fifth Street Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030
ahauser@losgs.com

{00254325.1 }

*Hearing Associates, Inc., Appellee*

William F. Mohrman, Esq.
Vincent J. Fahnlander, Esq.
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
(612) 341-1074
mohrman@mklaw.com
Fahnlander@mklaw.com

**LEONARD, O'BRIEN, SPENCER,
GALE & SAYRE, LTD.**

Dated: April 2, 2015

By: /e/ Andrea M. Hauser
Andrea M. Hauser, #207469
100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030
ahauser@losgs.com
Attorneys for Appellant Jonathan Gervais